## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**TREVOHN E. SMITH**                                                          **PLAINTIFF**
*ADC #167602*

**v.**                            **CASE NO.  2:25-cv-00053-BSM-JTK**

**RENITTA HAWKINS,** *et al.*                                          **DEFENDANTS**

### ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 7] is adopted.  Trevohn Smith's RLUIPA, Sixth Amendment, visual and body cavity search, and outdoor activity claims are dismissed without prejudice for failure to state a claim on which relief may be granted. All claims against Corporal Evans and Corporal Barber are also dismissed without prejudice for failure to state a claim on which relief may be granted. The clerk is directed to terminate Evans and Barber as parties to this action. Smith may proceed with his remaining claims against Renitta Hawkins and Everett Litzsey.

IT IS SO ORDERED this 5th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE