IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TREVOHN E. SMITH** **PLAINTIFF**
**ADC # 167602**

v.   CASE NO. 2:25-CV-00053-BSM

**RENITA HAWKINS,** *et al.* **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 21] is adopted and defendants' motion for summary judgment [Doc. No. 17] is granted. Trevohn Smith's claims are dismissed without prejudice because he failed to exhaust his administrative remedies through the Arkansas Division of Corrections grievance process. *See Johnson v. Jones*, 340 F.3d 624, 627 (8th Cir. 2003).

IT IS SO ORDERED this 30th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE