IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TREVOHN E. SMITH**                                                                 **PLAINTIFF**
**ADC # 167602**

v.                         CASE NO. 2:25-CV-00053-BSM

**RENITA HAWKINS,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, defendants' motion for summary judgment [Doc. No. 17] is granted, and Trevohn Smith's claims are dismissed without prejudice.

IT IS SO ORDERED this 30th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE